**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

GINN MOTOR COMPANY,

       Plaintiff,

   v.                            Case No. 1:22-cv-03773-WMR

GENERAL MOTORS LLC,

       Defendant.

## ORDER

This unopposed motion having come before the Court by Defendant General

Motors LLC for an Order granting it an extension of time to answer or otherwise

respond to Plaintiff's Complaint, and the Court having considered this matter, and

for good cause shown:

It is hereby **ORDERED** that General Motors LLC's deadline to answer or

otherwise respond to Plaintiff's Complaint is hereby extended through and

including November 10, 2022.

      **SO ORDERED** this 11th day of October, 2022.


_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE