# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| GINN MOTOR COMPANY, | Civil Action File No. |
| Plaintiff, | 1:22-cv-03773-WMR |
| v. | |
| GENERAL MOTORS LLC, | Class Action |
| Defendant. | |

## ORDER GRANTING JOINT MOTION
## TO STAY PRE-DISCOVERY DEADLINES

The Court hereby GRANTS this Motion staying the pre-discovery deadlines

for submitting a Joint Report and Discovery Plan and serving Initial Disclosures in

this matter pending GM's answer to the operative complaint.

So ORDERED this 15th day of December, 2022.

_William M. Ray II_
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE