# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GINN MOTOR COMPANY,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL MOTORS LLC,<br><br>    Defendant. | Civil Action File No.<br>1:22-cv-03773-WMR<br><br>Class Action<br>Jury Trial Demanded |

## ORDER

For good cause shown, Plaintiff's Unopposed Motion for an Extension of Time is **GRANTED**. It is hereby **ORDERED** that Defendant's time to respond to Plaintiff's First Amended Class Action Complaint is extended to January 17, 2023; Plaintiff's time to respond to any motion to dismiss filed by Defendant is extended to February 17, 2023; and Defendant's time to reply is extended to March 20, 2023.

SO ORDERED this 16th day of December, 2022.

*/s/ William M. Ray, II*
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE

#3491933v1